**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Counsel for Sasa Tanaskovic*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SASA TANASKOVIC, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> REALOGY HOLDINGS CORP., RICHARD A. SMITH, RYAN M. SCHNEIDER, ANTHONY E. HULL, AND TIMOTHY B. GUSTAVSON, <br><br> Defendants. | No.: 2:19-cv-15053-SRC-CLW <br><br> **DECLARATION OF LAURENCE M. ROSEN REGARDING SASA TANASKOVIC'S LEAD PLAINTIFF MOTION IN RESPONSE TO TELEPHONIC CONFERENCE** <br><br> CLASS ACTION |

I, Laurence M. Rosen hereby declare under penalty of perjury:

1.      I am the Managing Partner of The Rosen Law Firm, P.A., counsel for Plaintiff Sasa Tanaskovic ("Tanaskovic"). I have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New Jersey and before this Court.

1

2.     I make this Declaration in response to the Court's order on the telephonic conference held on October 8, 2019 regarding the disclosure of any agreements concerning the lead plaintiff motions.

3.     On September 9, 2019, Tanaskovic filed a motion for appointment as lead plaintiff and lead counsel (the "Motion") (Dkt. No. 11). After reviewing the competing motion filed by Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust ("Retirement Trust") (Dkt. No. 13), Tanaskovic withdrew his Motion on September 23, 2019 as the Retirement Trust appeared to have a substantially larger financial interest in the action than Tanaskovic. (Dkt. No. 14).

4.     Neither Tanaskovic nor my firm have any agreements with anyone, including other law firms, to receive compensation of any kind, now or in the future, in this action for the withdrawal of Tanaskovic's Motion in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: October 14, 2019          /s/ Laurence M. Rosen
                                    Laurence M. Rosen
                                    **THE ROSEN LAW FIRM, P.A.**
                                    609 W. South Orange Avenue, Suite 2P
                                    South Orange, NJ 07079
                                    Telephone: (973) 313-1887
                                    Fax: (973) 833-0399
                                    Email: lrosen@rosenlegal.com

                                    *Counsel for Sasa Tanaskovic*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence M. Rosen