**SEEGERWEISS** LLP

January 11, 2021

**VIA ECF**
Hon. Stanley R. Chesler, United States District Judge
Martin Luther King Building
United States Courthouse
50 Walnut Street
Newark, NJ  07102

> **Re:** **_Tanaskovic v. Realogy_,**
> **No. 2:19-cv-15053-SRC-CLW (D.N.J.)**

Dear Judge Chesler:

We represent Lead Plaintiff Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust ("Lead Plaintiff").  We write in response to Defendants' January 5, 2021 correspondence, which seeks to "advise" the Court that the U.S. Department of Justice's ("DOJ") investigation into anticompetitive practices in the residential real estate brokerage industry culminated in a November 19, 2020 filing of: (i) a complaint against the National Association of Realtors ("NAR"); (ii) a [Proposed] Stipulation and Order resolving that complaint; and (iii) a related Competitive Impact Statement (collectively, the "DOJ Filings").  _See_ ECF No. 47.  Defendants note that Lead Plaintiff's Complaint and the briefing on Defendants' motion to dismiss reference the DOJ investigation that culminated in the DOJ's Filings.

Defendants' submission implies that the DOJ Filings can be used to refute the factual allegations in Lead Plaintiff's Complaint and to support Defendants' motion to dismiss and/or reply brief in this case.  The attached motion requests that the Court either: (1) strike and/or disregard the DOJ Filings in ruling on Defendants' motion to dismiss, or, in the alternative, (2) permit Lead Plaintiff to file the brief sur-reply included therein which demonstrates that the DOJ's allegations are entirely consistent with the allegations in this case and support denial of the motion to dismiss.  As this is a request to file the attached motion, Lead Plaintiff is not indicating a return date at this time.

Very truly yours,

/s/ Christopher A. Seeger
Christopher A. Seeger

cc: All counsel of record (via CM/ECF)